FRANK J. EISENHUT, Appellant, v. MARION DE VRIES, INC., Respondent.— Judgment dismissing complaint and granting judgment for specific performance

on defendant's counterclaim, in an action brought by plaintiff to recover the down payment on a contract for the sale of land on the ground that the title was unmarketable, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ. [150 Misc. 804.]